NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


PAUL DARNELL DIXON,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D17-3060
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____    )

Opinion filed October 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Wayne S.
Timmerman, Judge.

Paul Darnell Dixon, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.